UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK DiMATTINA,

                              *Petitioner,*        No. 13 CV 1273 (JBW) (MDG)

    -against-

                                                      **NOTICE OF APPEAL**

UNITED STATES OF AMERICA,

                              *Respondent.*
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Frank DiMattina appeals the order and judgment entered in this case June 13, 2013 denying his 28 U.S.C. § 2255 motion to vacate sentence.

Dated:      New York, NY
                 Aug. 9, 2013

                                                       **LAW OFFICE OF MARC FERNICH**

                                   By:  _____
                                          **MARC FERNICH, ESQ.**
                                           810 Seventh Ave.
                                           Suite 620
                                         New York, NY 10019
                                         (212) 446-2346
                                         maf@fernichlaw.com

                                         *Attorney for Frank DiMattina*

**TO:**

Jack Dennehy, Esq.
AUSA – EDNY
271 Cadman Plaza East
Brooklyn, NY 11201-1820
(718) 254-6133
jack.dennehy@usdoj.gov



```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653062610
Cashier ID: riquelme
Transaction Date: 08/09/2013
Payer Name: LAW OFFICE OD MARC FERNICH
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LAW OFFICE OD MARC FERNICH
 Case/Party: D-NYE-1-13-CV-001273-000
 Amount:        $455.00
-----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```